COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

IN RE: JAVIER LOPEZ,

Relator.

§        No. 08-11-00324-CR

§        AN ORIGINAL PROCEEDING

§        IN MANDAMUS

§

**MEMORANDUM OPINION**

Relator, Javier Lopex, *pro se*, has filed a petition for writ of mandamus, requesting that this Court order the presiding judges of the 34th, 120th, and 168th Judicial District Courts of El Paso County to produce, "the indictments, transcripts, recordings, jury panel and attorneys who were present in the making of the indictments."

Relief by writ of mandamus is appropriate in instances where the relator demonstrates that there is no adequate remedy at law available to correct the alleged harm, and that the action sought is not discretionary. *See Simon v. Levario*, 306 S.W.3d 318, 320 (Tex.Crim.App. 2009)(orig. proceeding). Based on the record before us, Relator has not demonstrated he is entitled to mandamus relief. *See* TEX.R.APP.P. 52.3. Accordingly, the petition is denied.

GUADALUPE RIVERA, Justice

January 18, 2012

Before McClure, C.J., Rivera, J., and Antcliff, J.
Antcliff, J., not participating

(Do Not Publish)